# Court of Appeals
# of the State of Georgia

ATLANTA, January 26, 2022

*The Court of Appeals hereby passes the following order:*

**A21A1466. JULIE GREENLEE v. MOLLY JO TIDEBACK.**

Having fully considered the record and briefs of the parties, this discretionary appeal is hereby dismissed as improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 01/26/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen
_____ *, Clerk.*